IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>  v.<br>JOHN SIBERT<br>          Defendant.<br>_____ | No. Cr. S 11-147 EFB<br><br>ORDER<br><br><br>Judge:   Hon. Kendall J. Newman |

**ORDER**

    The defendant, John Sibert, requests an order appointing counsel to represent him pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, which provides for such an order when the applicant is "financially unable to obtain adequate representation".  The financial information submitted to the Office of the Federal Defender in support of Mr. Sibert's request reveals that he does not have the ability to retain counsel.  Mr. Sibert is currently employed in a remote area of Alaska.  As a result, he is not able to attend his arraignment date before Judge Brennan on June 21, 2011 at 2:00 p.m.  Mr. Sibert will not be able to leave Alaska until September 2011.  Accordingly, in the interests of immediately providing counsel as requested for a defendant who is not able to secure private counsel and whose unique circumstances render it necessary, The Office of the Federal Defender is hereby appointed to represent John Sibert in this matter.

Dated:  June 14, 2011

                                                   _____<br>
                                                 KENDALL J. NEWMAN<br>
                                                 UNITED STATES MAGISTRATE JUDGE