1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   JOHN SIBERT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. MAG-11-147-EFB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING ARRAIGNMENT** |
| | ) | |
| JOHN SIBERT, | ) | Date: July 18, 2011 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Edmund F. Brennan |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DAVID STEVENS, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for JOHN SIBERT, that the arraignment hearing date of June 21, 2011 be vacated, and the matter be set for arraignment on July 18, 2011 at 10:00 a.m.

The reason for this continuance is to allow defense counsel additional time to consult with her client about the case, and to give him additional time to make arrangements to travel here from the remote part of Alaska in which he resides.

1 | DATED:  June 20, 2011.                           Respectfully submitted,

2 |                                                                   DANIEL J. BRODERICK
                                                                      Federal Public Defender
3 |
                                                                      /s/ Courtney Fein
4 |                                                                   COURTNEY FEIN
                                                                      Assistant Federal Defender
5 |                                                                   Designated Counsel for Service
                                                                      Attorney for JOHN SIBERT
6 |

7 | DATED:  June 20, 2011.                           BENJAMIN WAGNER
                                                                      United States Attorney
8 |
                                                                      /s/ David Stevens
9 |                                                                   DAVID STEVENS
                                                                      Assistant U.S. Attorney
10 |                                                                  Attorney for Plaintiff

11 |

12 | IT IS SO ORDERED.

13 |
     Dated:  June 20, 2011.
14 |                                                    _____
                                                        EDMUND F. BRENNAN
15 |                                                    UNITED STATES MAGISTRATE JUDGE

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |